# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ANTHONY PATRICK NOTO | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:25-MJ-962 |

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Anthony Patrick Noto

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: Interstate Communication of a Threat to Injure.

in violation of 18, United States Code, Section(s) 875(c).

| | |
|---|---|
| LINDA T. WALKER<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| *[signature: Linda T. Walker]*<br>LINDA T. WALKER<br>UNITED STATES MAGISTRATE JUDGE<br>Signature of Issuing Officer | September 11, 2025<br>Atlanta, Georgia<br>Date and Location |

Bail Fixed at $_____   by_____
                                              Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____       _____
                                              Name and Title of Arresting Officer

Date of Arrest:_____      _____
                                              Signature of Arresting Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2018. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia.  I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations.  My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques.  I have conducted interviews on numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2. This affidavit is made in support of a criminal complaint, authorizing the arrest of ANTHONY PATRICK NOTO, for violation of Title 18, United States Code, Section 875(c) (Interstate Communications of a Threat to Injure).

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.  The facts in this affidavit come from my personal observations, my training and experience, and information

obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. The Federal Bureau of Investigation is conducting a criminal investigation involving ANTHONY PATRICK NOTO for a violation of federal criminal law, specifically violation of 18 U.S.C. § 875(c).

5. Beginning on or around August 20, 2025, an Instagram user by the name of @thatdaneshguy, of Los Angeles, California, unmasked a federal deportation officer with ICE Enforcement and Removal Operation (ERO) by posting two photographs of the detention officer. This malicious publication of private or identifying information on social media about a particular individual is commonly known as "doxing." The photographs were posted on Instagram which is a social media platform which allows users to share photos and short-form videos. Instagram is owned by Meta Platforms and is based in California. The post by @thatdaneshguy was viewable worldwide. The federal deportation officer lived and worked in the Northern District of Georgia.

6. The post by @thatdaneshguy described above included, in part, the following message: "Signing up for ICE means you'll separate brown families with no due process to make a racist pedophile happy. Right, [first and last name of deportation officer]? You get to have a happy family, but no one else can? Your wife is a [wife's occupation]."

7. Another relevant post by @thatdaneshguy later included three photographs which displayed clear images of the deportation officer's wife's face. Above the photographs, @thatdaneshguy wrote "By the way, you guys put SO MUCH effort in to hiding your last name! How did I find it? One careless bridesmaid from 2014."

2

8. Following the relevant posts by @thatdaneshguy, and also on or around August 20, 2025, an Instagram user by the name of @gingerbeardmachine posted a video unmasking the same federal deportation officer with ICE ERO. That video featured a man, later identified as Frank Andrew Waszut, of Knoxville, Tennessee, relaying personal identifying information about the deportation officer and the deportation officer's wife. Waszut stated that people should "catch him [the deportation officer] alone" and give the deportation officer "the cell block one treatment." While Waszut was making these threats and encouraging this action, two photographs of the detention officer were displayed. The detention officer's face was visible in both photographs. Text appeared above the photographs which stated "ICE Agent Unmasked: [first and last name of detention officer].

9. Waszut's full statement was: "So, yeah, this, uh, jerk-off, pedo-state terrorist right here's name is [first and last name of deportation officer]. And he's an ICE agent this is him unmasked and also his wife, is, is a [wife's occupation]. So, go ahead and make him famous. And if you see this motherfucker out in public give him the cell block one treatment. You know, catch him when he's alone. Have a nice day, [first name of deportation officer]! Bitch!"

10. Your affiant is familiar with the phrase "the cell block one treatment" and believes it refers to the general population area of a jail or prison where minimal security exists and where detainees or inmates are more prone to be subject to physical violence.

11. Following the relevant posts by @thatdaneshguy, and also on or around August 20, 2025, an Instagram user by the name of @tonynotoguitar, now identified as ANTHONY PATRICK NOTO, of Lake Ronkonkoma, New York, posted a comment in response to the three photographs of the deportation officer's wife's posted by @thatdaneshguy. ANTHONY PATRICK NOTO posted: "Anybody wanna test the sites on their new A-R? There's a pretty good target right

3

there.!" The posted comment by ANTHONY PATRICK NOTO was viewable worldwide. The federal deportation officer's wife lived and worked in the Northern District of Georgia.

12.  Based on law enforcement experience, your affiant believes that "test the sites on their new A-R" and "a pretty good target" refers to firing a semi-automatic rifle at the deportation officer's wife.

## CONCLUSION

13.  Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that ANTHONY PATRICK NOTO has committed violations of Title 18, United States Code, Section 875(c) (interstate communications containing threats to injure the person of another).